Angaw v Becker (2023 NY Slip Op 50106(U))

[*1]

Angaw v Becker

2023 NY Slip Op 50106(U)

Decided on February 16, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 16, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570538/22
Bethel Angaw, Plaintiff-Appellant,
against
Lauren Becker d/b/a Dr. Lauren Becker DDS, Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Hilary Gingold, J.), entered on or about November 10, 2021, after trial, in favor of defendant dismissing the action.

Per Curiam.
Judgment (Hilary Gingold, J.), entered on or about November 10, 2021, affirmed, without costs.
The dismissal of this small claims action achieved "substantial justice" between the parties consistent with substantive law principles (see CCA 1804, 1807). Plaintiff's failure to present expert evidence demonstrating that defendant dentist departed from accepted dental procedures in treating a fracture to one of her teeth was fatal to her dental malpractice claim, even in the context of this small claims action (see Prosina v Tone, 9 Misc 3d 133[A], 2005 NY Slip Op 51647[U] [App Term, 1st Dept 2005]; Streeter v Ackerman, 2003 NY Slip Op 51199[U] [App Term, 1st Dept 2003]).
The trial record does not support plaintiff's contention that she was deprived of a fair trial by virtue of the manner in which the trial judge conducted the proceeding.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur

Decision Date: February 16, 2023